# IN THE SUPREME COURT OF THE STATE OF NEVADA

ELMWOOD PROPERTIES, LLC, A
NEVADA LIMITED LIABILITY COMPANY,
Petitioner,
vs.
THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA, IN
AND FOR THE COUNTY OF WASHOE;
AND THE HONORABLE LYNNE K.
SIMONS, DISTRICT JUDGE,
Respondents,
and
THE REGIONAL TRANSPORTATION
COMMISSION OF WASHOE COUNTY, A
SPECIAL PURPOSE UNIT OF THE
GOVERNMENT,
Real Party in Interest.

No. 72562

**FILED**

MAY 1 0 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION*

This original petition for a writ of mandamus or prohibition challenges district court orders granting a motion for partial summary judgment and a motion for immediate occupancy in a condemnation action.

Having considered the petition and supporting documents, we are not persuaded that our extraordinary and discretionary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d

17-15653

840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991). Accordingly, we

ORDER the petition DENIED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. Lynne K. Simons, District Judge
Fennemore Craig P.C./Reno
Woodburn & Wedge
Washoe District Court Clerk